IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : : | |
| v. : | CR. NO. 21-351 |
| : | CV-24-4450 |
| **MYRON BROWN** : : | |

# O R D E R

**AND NOW**, this 13th day of February, 2025, upon careful and independent consideration of the petition for writ of habeas corpus (ECF 49), and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 53) and the Objections of Petitioner (ECF 54) thereto, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Motion to Vacate, Set Aside or Correct a Federal Sentence is **DENIED**; there is no basis for the issuance of a certificate of appealability.

BY THE COURT

S/ **WENDY BEETLESTONE**

**WENDY BEETLESTONE, J.**